SAMUEL WEISSHAR, Respondent, v. BEATRICE CANTOR and IRVING CANTOR, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FLORENCE ARBUCKLE, Appellant, v. MARY L. DOODY and Others, Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

HENRY N. BEERS, Respondent, v. HENRY G. HOTCHKISS and GLADYS HOTCHKISS, His Wife, Respondents, and HILAIRE E. CAMPBELL and KATHERINE CAMPBELL, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

COLONIAL FINANCIAL CORPORATION, Respondent, v. JOSEPH M. HARNELL and Another, Appellants, and Others, Defendants.— Motion for stay denied, with leave to renew if the appeal is not decided before the date fixed for the resale. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

JAMES CRISCUOLO, Appellant, v. SEBASTIAN DURR, as Treasurer, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

WILLIAM A. DEGROOT, Respondent, v. BROOKLYN DAILY TIMES, Appellant.— Motion to extend defendant's time to answer or to move with respect to the complaint granted until ten days after the determination of the appeal. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

ELVIN TRUCKING CORPORATION, Appellant, v. SAMUEL FIMINELLA and Others, Respondents.— Application denied upon condition that the parties stipulate to try the matter at Special Term on Monday, November 24, 1930; otherwise, application granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

ISADOR FADER, Appellant, v. AUGUSTA KACZKA, Respondent. JACOB MILLER, Defendant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

SAM GARFINKEL, Respondent, v. ABRAHAM REISMAN, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

MARGARET IMMERMAN, Respondent, v. CONRAD IMMERMAN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.